IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT ) | |
| ) | |
| OF ) | Case No. 2:11-0025 |
| ) | JUDGE SHARP |
| SCOT A. STONE, as Owner of a 19-foot ) | |
| Four Winns 190 Horizon Boat and/or ) | |
| Vessel, Bearing Registration No. ) | |
| OH6911BM ) | |

**O R D E R**

Pending before the Court is Plaintiff's Application for Injunction (Docket Entry No. 12). Any claimant may file a response to the Application for Injunction within 60 days of entry of this Order, and Plaintiff may reply to any response by claimant(s) within 14 days thereafter.

Counsel for Plaintiff is directed to serve a copy of this Order upon all claimants or their counsel via the United States Postal Service, certified mail, return receipt requested. Counsel for Plaintiff is further directed to file a notice of service with the Court after all claimants have been served.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE